**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000409
19-NOV-2024
08:48 AM
Dkt. 144 OCOR**

NO. CAAP-23-0000409

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
KAMALEI WILBUR-DELIMA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NOS. 1PC151000955, 1PC151001274, 1PC151001978, and
1PC161001506)

ORDER OF CORRECTION
(By: Leonard, Acting Chief Judge, for the court[1])

IT IS HEREBY ORDERED that the Opinion entered on July 29, 2024 (docket no. 134) in the above case is corrected as follows:

On page 4, footnote 6,

(1) line 1, "Hope" should be in all capitals. The corrected line should read: "HOPE Probation operates on a zero tolerance basis, where . . ."

(2) lines 7-8, the URL should include underscoring and be underlined. The corrected URL should read: "https://www.courts.state.hi.us/docs/news_and_reports_docs/State_of_%20the_Art_of_HOPE_Probation.pdf[.]"

On page 19, second paragraph, line 10, "(emphases added)" should be omitted. The corrected line should read, "Journal, at 1495; S. Stand. Comm. Rep. No. 1105[.]"

---

[1] Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, November 19, 2024.

FOR THE COURT:

/s/ Katherine G. Leonard
Acting Chief Judge